IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JESUS OSVALDO SANTOS BARAHONA, )<br> )<br>*Petitioner*, )<br> )<br>v. )<br> )<br>TODD M. LYONS, *et al.* )<br> )<br>*Respondents*. )<br> ) | 1:25-cv-1889 (PTG/IDD) |

## ORDER

This matter comes before the Court on Petitioner's Motion to Retract Previously Filed Habeas Petition (the "Motion"). Dkt. 12. On December 2, 2025, the Court granted Petitioner's habeas petition, finding he was entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). Dkt. 10. Judgment was entered in Petitioner's favor and the civil case was terminated. Dkt. 11. On December 8, 2025, at Petitioner's individual immigration hearing, he was denied asylum, withholding of removal, and relief under the Convention Against Torture, and was ordered removed. Dkt. 12. On December 15, 2025, pursuant to this Court's December 2, 2025 Order, Petitioner was provided with a bond hearing where he was denied release on bond. *Id.* Petitioner now asks the court to "retract Plaintiff's [sic] previously filed Habeas petition and allow him to be removed from this country." Petitioner provides no reasoning or authority to support his argument. Namely, Petitioner fails to address why the resolved Petition in any way prevents Respondents from enforcing a final order of removal.[1] Judgment has been entered in this case and Petitioner

---

[1] The December 2, 2025 Order expressly considers that Respondents may rearrest Petitioner pursuant to 8 U.S.C. § 1231(a)(2).

1

fails to show good cause under Rule 59(e) or Rule 60(b) of the Federal Rules of Civil Procedure to grant his Motion. Accordingly, it is hereby

**ORDERED** that the Motion to Retract Previously Filed Habeas Petition (Dkt. 12) is **DENIED**.

Entered this 15th day of January, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge